The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PURATOS CORPORATION, <br><br> Defendant. | No. 2:21-cv-1533-RSM <br><br> **STIPULATED REQUEST TO EXTEND TIME TO ANSWER COMPLAINT AND ORDER** <br><br> **NOTE ON MOTION CALENDAR:** **December 8, 2021** |

Plaintiff Northwest Administrators, Inc. ("Plaintiff") and Defendant Puratos Corporation ("Puratos" or "Defendant"), by and through their respective counsel, hereby respectfully request that Defendant's deadline to answer or otherwise respond to the Complaint in the above-captioned action be extended for a total of 21 days to December 29, 2021.

This request is being made in good faith without intent to delay. An extension is necessary in order to allow the parties time to attempt to resolve this matter.

//

//

//

- 1 -

STIPULATED REQUEST TO EXTEND TIME TO ANSWER COMPLAINT AND ORDER
121737050

Troutman Pepper
Hamilton Sanders LLP
100 SW Main St.
Suite 1000
Portland, OR  97204

//

Dated: December 8, 2021

| | |
|---|---|
| */s/ Russell J. Reid*<br>Russell J. Reid, WSBA #2560<br>REID, MCCARTHY, BALLEY & LEAHY, LLP<br>100 West Harrison Street, N. Tower, #300<br>Seattle, Washington 98119<br>Telephone:  206.285.0464<br>Email:  rjr@rmbllaw.com<br><br>Attorneys for Plaintiff | */s/ Román D. Hernández*<br>Román D. Hernández, WSBA #39939<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>100 Main Street, Suite 1000<br>Portland, Oregon 97204<br>Telephone:  503.290.2400<br>Email:  roman.hernandez@troutman.com<br><br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

DATED this 13th day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/ Román D. Hernández*
Román D. Hernández, WSBA #39939
100 Main Street, Suite 1000
Portland, Oregon 97204
Telephone:  503.290.2400
Email:  roman.hernandez@troutman.com

- 2 -
STIPULATED REQUEST TO EXTEND TIME TO ANSWER COMPLAINT AND PROPOSED ORDER
(2:21-cv-1533-RSM)
121737050

1  Attorneys for Defendant Puratos Corporation

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -
STIPULATED REQUEST TO EXTEND TIME TO ANSWER COMPLAINT AND PROPOSED ORDER
(2:21-cv-1533-RSM)
121737050

Troutman Pepper
Hamilton Sanders LLP
100 SW Main St.
Suite 1000
Portland, OR  97204

# CERTIFICATE OF SERVICE

Under the laws of the state of Washington, the undersigned hereby certifies, under the penalty of perjury, that on December 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to counsel of record registered on the CM/ECF system.

Dated:  December 8, 2021

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Román D. Hernández*
   Román D. Hernández, WSBA #39939

Attorneys for Defendant

- 1 -

CERTIFICATE OF SERVICE
(2:21-cv-1533-RSM)
121737050