THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PURATOS CORPORATION, a Delaware corporation, <br><br> Defendants. | No. C21-1533-TL <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** <br><br> **NOTE ON MOTION CALENDAR:** <br> **February 18, 2022** |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Román D. Hernández of Troutman Pepper Hamilton Sanders LLP, attorneys for Defendant, Puratos Corporation, hereby stipulate that the above-referenced action should be dismissed, without prejudice, and with each party bearing its own attorneys' fees and costs.

124112027 — - 1 - — No. C21-1533-TL

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

DATED this 18th day of February, 2022

| | |
|---|---|
| REID McCARTHY, BALLEW & LEAHY, LLP. | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| s/Russell J. Reid<br>Russell J. Reid, WSBA #2560<br>100 West Harrison Street, N. Tower, #300<br>Seattle, WA 98119<br>Telephone: (206) 285-0464<br>Email: rjr@rmbllaw.com | s/Roman D. Hernandez<br>Román D. Hernández, WSBA #39939<br>100 Main Street, Suite 1000<br>Portland, OR 97204<br>Telephone (503) 290-2400<br>Email: roman.hernandez@troutman.com |
| Attorney for Plaintiff | Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed without prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 22nd day of February, 2022.

_____
HONORABLE TANA LIN